UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 15-17326 |
| | ) | |
| IVY, MARK A. | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: JESSICA E. PRICE SMITH |
| | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

MARVIN A. SICHERMAN, trustee of the estate, reports the following.

1. Ninety days have passed since final distribution was made on this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check(s) and their last known addresses are:

Refund to Debtor    Mark A. Ivy    $3,268.12
                            c/o Debra Booher, Esq.
                            1350 Portage Trail
                            Cuyahoga Falls, OH  44223

2. Your Trustee's check for payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done on this case.

Date: January 6, 2017                      */s/* Marvin A. Sicherman
                                                                   Marvin A. Sicherman
                                                                   1801 East 9th Street - Suite 1100
                                                                   Cleveland, OH  44114-3169
                                                                   Phone: (216) 696-6000
                                                                   Fax: (216) 696-3338
                                                                   Email: msicherman@dsb-law.com